THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND D. BENDA, Appellant.— Judgment of conviction unanimously reversed, the fine remitted, and defendant's license reinstated, on the ground that on all the facts disclosed the People failed to establish the guilt of the defendant beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

LOLA WANER ESCALERA, an Infant, by SATURNA ESCALERA, Her Guardian ad Litem, and SATURNA ESCALERA, Respondents, v. BELLA ZAPAKIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

SIDNEY J. WELKOWITZ, Appellant, v. FRANCES V. FRANKLIN, Individually and as Doing Business under the Firm Name and Style of FRANKLIN FURNITURE SHOPS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

JOSEPH ZUCKER and FANNIE ZUCKER, Stockholders in the Fourteenth Street Holding Corporation, etc., Respondents, v. BARNEY BERKOWITZ and Others, Appellants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

TERMEL REALTY CORP., Respondent, v. REX HOTEL, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILLER BIMBO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

VICTOR R. GERBER, Respondent, Appellant, v. DANIEL THRON, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant a new trial on the ground that the judgment should have included an adequate amount for loss of earnings.

AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CARLL SMITH CHACE, Appellant, v. ELEANOR UPTON CHACE, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SCHIFF and LOUIS SCHIFF, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

U. S. FIDELITY & GUARANTY COMPANY, Respondent, v. RIVERSIDE CLAREMONT RESTAURANT CORP., Appellant. U. S. FIDELITY & GUARANTY COMPANY, Respondent, v. COURT SQUARE RESTAURANT CORPORATION, Appellant. U. S. FIDELITY & GUARANTY COMPANY, Respondent, v. ORCHARD BEACH CATERING CORP., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MAX HALPERN, Appellant, v. MILTON JACOBY and MAURICE MARCUS, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.